IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Holly J. Wells, | ) | Civil Action No.: 2:17-cv-02153-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Elegant Hardwood Floors, LLC, and Fred Stone, III, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Holly J. Wells and Defendants Elegant Hardwood Floors, LLC and Fred Stone, III hereby stipulate to the dismissal with prejudice of all claims in the above captioned civil action which are now forever barred.

IT IS SO STIPULATED THIS 27th DAY OF SEPTEMBER, 2017.


s // Bonnie Travaglio Hunt                                  s // David B. McCormack_____
HUNT LAW LLC                                                 WOMBLE CARLYLE SANDRIDGE & RICE
Bonnie Travaglio Hunt, Esq. (Fed. ID No. 7760)   David B. McCormack, Esq. (Fed. ID No.: 2774)
PO Box 1845                                                       Ashley K. Kelley, Esq. (Fed. ID No.: 10369)
Goose Creek, SC  29445                                     Five Exchange Street
                                                                              P.O. Box 999
                                                                              Charleston, SC  29402

*Attorneys for Plaintiff*                                         *Attorneys for the Defendants*